**Opinion issued December 20, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-01079-CR

_____

## IN RE JASON RAY BOUCHARD, Relator

---

## Original Proceeding on Petition for Writ of Prohibition

---

## MEMORANDUM OPINION

Relator, Jason Ray Bouchard, has filed a pro se application for writ of prohibition.[1]   In his application for writ of prohibition, relator states that he is competent to stand trial and requests a writ of prohibition against any further delays to his trial setting.

---

[1]   The underlying case is *State of Texas v. Jason Ray Bouchard*, No. 1245909, in the 178th District Court of Harris County, Texas, the Honorable David Mendoza presiding.

Relator is represented by counsel in the trial court. He is not entitled to hybrid representation. *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981).

Accordingly, we **deny** the petition for writ of prohibition.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.